| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>LEVITT & SLAFKES, P.C.<br>515 Valley Street, Suite 140<br>Maplewood, New Jersey 07040<br>Tel: (973) 313-1200<br>E-Mail: blevitt@lsbankruptcylaw.com<br>Attorneys for Debtor<br>By: Bruce H. Levitt (BL9302) | **Order Filed on April 9, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>MICHAEL C. VASSALLO,<br><br>         Debtor. | Case No.:     17-26756<br><br>Chapter:           13<br><br>Judge:             VFP |

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: April 9, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Levitt & Slafkes, P.C._____, the applicant, is allowed a fee of $ _____500.00_____ for services rendered and expenses in the amount of $_____0_____ for a total of $_____500.00_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*