BRUCE H LEVITT
LEVITT & SLAFKES, P.C.
515 VALLEY STREET, SUITE 140
MAPLEWOOD, NJ  07040

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020
Chapter 13 Case # 17-26756

| Re: | MICHAEL C VASSALLO | Atty: | BRUCE H LEVITT |
|---|---|---|---|
| | 6 LASALLE ROAD | | LEVITT & SLAFKES, P.C. |
| | MONTCLAIR,  NJ  07043 | | 515 VALLEY STREET, SUITE 140 |
| | | | MAPLEWOOD, NJ  07040 |

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $53,400.00**

## RECEIPTS AS OF 01/15/2020    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/29/2017 | $890.00 | 4241213000 - | 09/25/2017 | $890.00 | 4307021000 - |
| 10/27/2017 | $890.00 | 4390939000 - | 11/30/2017 | $890.00 | 4478133000 - |
| 12/27/2017 | $890.00 | 4544976000 - | 01/29/2018 | $890.00 | 4624168000 - |
| 03/01/2018 | $890.00 | 4712068000 - | 03/28/2018 | $890.00 | 4784019000 |
| 04/26/2018 | $890.00 | 4861893000 | 05/29/2018 | $890.00 | 4944063000 |
| 07/02/2018 | $890.00 | 5033534000 | 07/27/2018 | $890.00 | 5100810000 |
| 08/30/2018 | $890.00 | 5188176000 | 10/01/2018 | $890.00 | 5267220000 |
| 10/29/2018 | $890.00 | 5345611000 | 11/29/2018 | $890.00 | 5423994000 |
| 12/28/2018 | $890.00 | 5494728000 | 01/31/2019 | $890.00 | 5581433000 |
| 03/01/2019 | $890.00 | 5662886000 | 04/01/2019 | $890.00 | 5744795000 |
| 05/01/2019 | $890.00 | 5821028000 | 05/29/2019 | $890.00 | 5892407000 |
| 07/01/2019 | $890.00 | 5973231000 | 07/29/2019 | $890.00 | 6046758000 |
| 09/03/2019 | $890.00 | 6135352000 | 09/30/2019 | $890.00 | 6211021000 |
| 10/30/2019 | $890.00 | 6288378000 | 11/29/2019 | $890.00 | 6358144000 |
| 12/30/2019 | $890.00 | 6436866000 | | | |

**Total Receipts: $25,810.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $25,810.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| AMERICAN EXPRESS BANK | | | | | | |
| | 08/20/2018 | $2,475.11 | 8,000,649 | 09/17/2018 | $263.77 | 8,000,687 |
| | 10/22/2018 | $270.46 | 8,000,726 | 11/19/2018 | $262.93 | 8,000,767 |
| | 12/17/2018 | $262.93 | 8,000,805 | 01/14/2019 | $262.93 | 8,000,844 |
| | 02/11/2019 | $262.93 | 8,000,892 | 03/18/2019 | $262.93 | 8,000,933 |
| | 04/15/2019 | $106.28 | 8,000,979 | 05/20/2019 | $262.93 | 8,001,028 |
| | 06/17/2019 | $267.67 | 8,001,068 | 07/15/2019 | $267.67 | 8,001,113 |
| | 08/19/2019 | $243.65 | 8,001,155 | 09/16/2019 | $266.49 | 8,001,198 |
| | 10/21/2019 | $273.44 | 8,001,242 | 11/18/2019 | $273.44 | 8,001,283 |
| | 12/16/2019 | $263.17 | 8,001,324 | 01/13/2020 | $263.16 | 8,001,369 |

**Chapter 13 Case # 17-26756**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| DISCOVER BANK | | | | | | | |
| | 08/20/2018 | $329.30 | 808,000 | | 09/17/2018 | $35.09 | 809,968 |
| | 10/22/2018 | $35.98 | 811,895 | | 11/19/2018 | $34.98 | 813,840 |
| | 12/17/2018 | $34.98 | 815,724 | | 01/14/2019 | $34.98 | 817,650 |
| | 02/11/2019 | $34.98 | 819,537 | | 03/18/2019 | $34.98 | 821,513 |
| | 04/15/2019 | $14.18 | 823,543 | | 05/20/2019 | $34.98 | 825,522 |
| | 06/17/2019 | $35.61 | 827,540 | | 06/25/2019 | ($34.98) | 825,522 |
| | 06/25/2019 | $34.98 | 828,617 | | 07/15/2019 | $35.61 | 829,391 |
| | 08/19/2019 | $32.39 | 831,364 | | 09/16/2019 | $35.46 | 833,380 |
| | 10/21/2019 | $36.38 | 835,407 | | 11/18/2019 | $36.38 | 837,479 |
| | 12/16/2019 | $35.01 | 839,411 | | 01/13/2020 | $35.02 | 841,274 |
| PNC BANK NATIONAL ASSOCIATION | | | | | | | |
| | 08/20/2018 | $4,537.55 | 808,418 | | 08/20/2018 | $265.93 | 808,418 |
| | 09/17/2018 | $483.56 | 810,361 | | 09/17/2018 | $28.34 | 810,361 |
| | 10/22/2018 | $495.83 | 812,305 | | 10/22/2018 | $29.06 | 812,305 |
| | 11/19/2018 | $482.03 | 814,229 | | 11/19/2018 | $28.25 | 814,229 |
| | 12/17/2018 | $482.03 | 816,123 | | 12/17/2018 | $28.25 | 816,123 |
| | 01/14/2019 | $482.03 | 818,056 | | 01/14/2019 | $28.25 | 818,056 |
| | 02/11/2019 | $482.03 | 819,959 | | 02/11/2019 | $28.25 | 819,959 |
| | 03/18/2019 | $482.03 | 821,935 | | 03/18/2019 | $28.25 | 821,935 |
| | 04/15/2019 | $194.83 | 823,960 | | 04/15/2019 | $11.42 | 823,960 |
| | 05/20/2019 | $482.03 | 825,972 | | 05/20/2019 | $28.25 | 825,972 |
| | 06/17/2019 | $490.72 | 827,935 | | 06/17/2019 | $28.76 | 827,935 |
| | 07/15/2019 | $490.72 | 829,796 | | 07/15/2019 | $28.76 | 829,796 |
| | 08/19/2019 | $446.56 | 831,810 | | 08/19/2019 | $26.11 | 831,810 |
| | 09/16/2019 | $488.56 | 833,805 | | 09/16/2019 | $28.65 | 833,805 |
| | 10/21/2019 | $501.29 | 835,852 | | 10/21/2019 | $29.38 | 835,852 |
| | 11/18/2019 | $501.28 | 837,914 | | 11/18/2019 | $29.38 | 837,914 |
| | 12/16/2019 | $482.45 | 839,819 | | 12/16/2019 | $28.27 | 839,819 |
| | 01/13/2020 | $482.46 | 841,706 | | 01/13/2020 | $28.28 | 841,706 |
| TOYOTA LEASE TRUST | | | | | | | |
| | 08/19/2019 | $76.94 | 830,670 | | 10/21/2019 | $7.58 | 834,708 |
| | 12/16/2019 | $7.56 | 838,760 | | | | |
| WELLS FARGO | | | | | | | |
| | 08/20/2018 | $292.56 | 809,048 | | 09/17/2018 | $31.18 | 810,924 |
| | 10/22/2018 | $31.97 | 812,893 | | 11/19/2018 | $31.08 | 814,786 |
| | 12/17/2018 | $31.08 | 816,691 | | 01/14/2019 | $31.08 | 818,606 |
| | 02/11/2019 | $31.08 | 820,524 | | 03/18/2019 | $31.08 | 822,561 |
| | 04/15/2019 | $12.56 | 824,538 | | 05/20/2019 | $31.08 | 826,600 |
| | 06/17/2019 | $31.64 | 828,481 | | 07/15/2019 | $31.64 | 830,356 |
| | 08/19/2019 | $28.76 | 832,434 | | 09/16/2019 | $31.50 | 834,373 |
| | 10/21/2019 | $32.32 | 836,477 | | 11/18/2019 | $32.32 | 838,472 |
| | 12/16/2019 | $31.11 | 840,339 | | 01/13/2020 | $31.11 | 842,238 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,267.35 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 1,860.00 | 100.00% | 1,860.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN ANESTHESIOLOGY OF NEW J | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | AMERICAN EXPRESS BANK | UNSECURED | 51,564.69 | * | 6,811.89 | |
| 0003 | BANDFISH EMERGENCY PHYS, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | CEDAR GROVE FOOD ANKLE SPECIALIST | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | CHASE CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | DISCOVER BANK | UNSECURED | 6,860.38 | * | 906.29 | |
| 0008 | HANGAR CLINIC | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | PNC BANK NATIONAL ASSOCIATION | UNSECURED | 94,531.61 | * | 12,487.99 | |

Chapter 13 Case # 17-26756

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0010 | PNC BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | PNC BANK NATIONAL ASSOCIATION | UNSECURED | 5,539.85 | * | 731.84 | |
| 0012 | QUICKEN LOANS INC | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0013 | THE STONE CENTER OF NEW JERSEY, LL | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | TOYOTA MOTOR CREDIT CO | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | WELLS FARGO | UNSECURED | 6,094.79 | * | 805.15 | |
| 0018 | CHASE CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | PNC BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | TOYOTA LEASE TRUST | UNSECURED | 724.98 | * | 92.08 | |

Total Paid: $24,962.59
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 17, 2020.

Receipts: $25,810.00    -    Paid to Claims: $21,835.24    -    Admin Costs Paid: $3,127.35    =    Funds on Hand: $847.41

**NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.