# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In re:   **Michael C Vassallo**                                    Case No.  **17-26756-VFP**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| FLAGSTAR BANK, FSB ON BEHALF OF LAKEVIEW LOAN SERVICING, LLC | Quicken Loans Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

   Flagstar Bank, FSB
   5151 Corporate Drive
   Troy MI 48098

Court Claim # (if known):  3
Amount of Claim:  $368,270.78
Date claim Filed:  09/06/2017

Phone:    800-393-4887
Last Four Digits of Acct #:     1366

Phone:    800-509-0944 Opt 4
Last Four Digits of Acct #:     1459

Name and Address where transferee payments should be sent (if different from above):

Phone:    800-393-4887
Last Four Digits of Acct #:     1366

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   Douglas McDonough                               Date:   01/09/2020
Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

# UNITES STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP<br>80 Main Street, Suite 460<br>West Orange, NJ 07052<br>973- 325-8800<br>File No.: 03-019614-B00<br>Douglas McDonough, Esq.<br>Attorney ID: DM0973<br>DMcDonough@flwlaw.com<br>Attorney for Lakeview Loan Servicing, LLC, Secured Creditor | Case No.: **17-26756-VFP**<br><br>Chapter 13<br><br>Judge Vincent F. Papalia |
| In Re:<br><br>**Michael C Vassallo**<br><br>                    Debtor(s). | |

## CERTIFICATION OF SERVICE

1. I, Alison Viggiano, am a clerk for FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP, who represents LAKEVIEW LOAN SERVICING, LLC in this matter.

2. On February 3, 2020, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    a. Transfer of Claim

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: February 3, 2020                                          /s/ Alison Viggiano
                                                                              Alison Viggiano

1

| Name and Address of Party Served | Relationship of Party to the case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg, Esq.<br>30 Two Bridges Road, Suite 330<br>Fairfield, NJ 07004 | **TRUSTEE** | Notice of electronic Filing (NEF) |
| Levitt & Slafkes, PC<br>515 Valley Street<br>Maplewood, NJ 07040 | **DEBTOR'S ATTORNEY** | Notice of electronic Filing (NEF) |
| Michael Vassallo<br>6 Lasalle Rd<br>Montclair, NJ 07043 | **DEBTOR** | Regular mail |