| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Michael C Vassallo** | Social Security number or ITIN  xxx–xx–8482 |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–26756–VFP | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Michael C Vassallo

10/12/22

**By the court:** <u>Vincent F. Papalia</u>
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W

**Chapter 13 Discharge**

page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                **Chapter 13 Discharge**                page 2

United States Bankruptcy Court

District of New Jersey

In re:
Michael C Vassallo
    Debtor

Case No. 17-26756-VFP

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2

Date Rcvd: Oct 12, 2022

User: admin

Form ID: 3180W

Page 1 of 3

Total Noticed: 28

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael C Vassallo, 6 Lasalle Road, Montclair, NJ 07043-2624 |
| cr | + | Quicken Loans Inc., Stern Eisenberg, PC, 1040 N. Kings Highway, Suite 407, Cherry Hill, NJ 08034-1925 |
| 517016982 | + | Bandfish Emergency Phys, LLC, PO Box 38059, Philadelphia, PA 19140-0059 |
| 517016983 | + | Cedar Grove Food Ankle Specialists, PC, 886 Pompton Avenue, Ste-A-1, Canfield Office Park, Cedar Grove, NJ 07009-1257 |
| 518694400 | + | Flagstar Bank, FSB on behalf of, Lakeview Loan Servicing, LLC, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 518694401 | | Flagstar Bank, FSB on behalf of, Lakeview Loan Servicing, LLC, 5151 Corporate Drive, Troy, MI 48098, Flagstar Bank, FSB on behalf of Lakeview Loan Servicing, LLC |
| 517016987 | + | Hangar Clinic, 62857 Collection Center Drive, Chicago, IL 60693-0001 |
| 517028488 | + | Millenium Packaging, P.O. Box 2300, Woodland Park, NJ 07424-7300 |
| 517016990 | + | PNC Bank Credit Card, Po Box 5570, Mailstop BR- YB58-01-5, Cleveland, OH 44101-0570 |
| 517016992 | + | The Stone Center of New Jersey, LLC, 150 Bergen Street, Newark, NJ 07103-2496 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 12 2022 21:22:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 12 2022 21:22:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517016980 | ^ | MEBN | Oct 12 2022 21:21:40 | American Anesthesiology of New Jersey PC, PO Box 88087, Chicago, IL 60680-1087 |
| 517239384 | | Email/PDF: bncnotices@becket-lee.com | Oct 12 2022 21:28:06 | American Express Bank, FSB, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517016981 | + | Email/PDF: bncnotices@becket-lee.com | Oct 12 2022 21:28:28 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 517024989 | | EDI: DISCOVER.COM | Oct 13 2022 01:08:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517016985 | + | EDI: DISCOVER.COM | Oct 13 2022 01:08:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 517016984 | | EDI: JPMORGANCHASE | Oct 13 2022 01:08:00 | Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517016988 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 12 2022 21:22:00 | PNC Bank, 249 Fifth Avenue, Pittsburgh, PA 15222 |
| 517016989 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 12 2022 21:22:00 | PNC Bank, PO Box 5570, Mailstop BR-YB58-01-5, Cleveland, OH 44101 |
| 517200963 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 12 2022 21:22:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 517054949 | + | Email/Text: bankruptcyteam@quickenloans.com | | |

District/off: 0312-2 | User: admin | Page 2 of 3
Date Rcvd: Oct 12, 2022 | Form ID: 3180W | Total Noticed: 28

| | | | Oct 12 2022 21:23:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
|---|---|---|---|---|
| 517016991 | + | Email/Text: bankruptcyteam@quickenloans.com | | |
| | | | Oct 12 2022 21:23:00 | Quickn Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 517016993 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | | |
| | | | Oct 12 2022 21:22:00 | Toyota Motor Credit Co, Po Box 8026, Cedar Rapids, IA 52408 |
| 517038455 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | | |
| | | | Oct 12 2022 21:22:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518347133 | | Email/PDF: bncnotices@becket-lee.com | | |
| | | | Oct 12 2022 21:28:13 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517083766 | + | EDI: WFFC2 | | |
| | | | Oct 13 2022 01:08:00 | WELLS FARGO BANK SMALL BUSINESS LENDING DIVISION, P.O. Box 29482, Phoenix, AZ 85038-8650, Telephone number: (888) 715-4315, BDBKInquiry@wellsfargo.com 85038-9482 |
| 517016994 | + | EDI: WFFC2 | | |
| | | | Oct 13 2022 01:08:00 | Wells Fargo-Corporate Office, 420 Montgomery Street, San Francisco, CA 94104-1207 |

TOTAL: 18

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517016986 | | Frost Collection Agency |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 14, 2022          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bruce H Levitt | on behalf of Debtor Michael C Vassallo blevitt@levittslafkes.com sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Douglas J. McDonough | on behalf of Creditor LakeView Loan Servicing  LLC dmcdonough@flwlaw.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |

Steven P. Kelly
                    on behalf of Creditor Quicken Loans Inc. skelly@sterneisenberg.com  bkecf@sterneisenberg.com

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6